IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| SUZANNA ARMSTRONG,<br><br>    Plaintiff,<br><br>v.<br><br>PIEDMONT AIRLINES, INC. d/b/a US AIRWAYS EXPRESS,<br><br>    Defendant. | CIVIL ACTION NO. 2:13-cv-07218-JCJ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff Suzanna Armstrong and Defendant Piedmont Airlines, Inc., d/b/a US Airways Express and stipulate that the above-styled action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). All parties shall bear their own costs and expenses of litigation with respect to this action.

DATED this 3 day of Sept, 2014.

s/ William S. Braveman
William S. Braveman
Law Office of William S. Braveman
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
Telephone: (215) 351.0611
Facsimile: (215) 922.3524

Jeffrey Campolongo
Law Office of Jeffrey Campolongo
50 Monument Road, Suite 101
Bala Cynwyd, PA 19004
Telephone: (484) 434-8930
Facsimile: (484) 434-8931

s/ Patricia G. Griffith
Patricia G. Griffith
Ford & Harrison LLP
271 17th Street, NW, Suite 1900
Atlanta, GA 30363
Telephone: (404) 888-3800
Facsimile: (404) 888-3863

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| SUZANNA ARMSTRONG,<br><br>      Plaintiff,<br><br>v.<br><br>PIEDMONT AIRLINES, INC. d/b/a US AIRWAYS EXPRESS,<br><br>      Defendant. | CIVIL ACTION NO. 2:13-cv-07218-JCJ |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on Sept 3 2014, he electronically filed the Stipulation of Dismissal with Prejudice with the Clerk of Court using the CM/ECF System, which will automatically send e-mail notification of such filing to the following attorneys of record:

Jeffrey Campolongo
Law Office of Jeffrey Campolongo
50 Monument Road, Suite 101
Bala Cynwyd, PA 19004

William S. Braveman
Law Office of William S. Braveman
510 Walnut Street, Suite 1600
Philadelphia, PA  19106

                    s/ William S. Braveman
                    William S. Braveman

WSACTIVELLP:7003245.1